JOSEPH A. OSBORNE, DEFENDANT IN ERROR, v. THE BOR-
OUGH OF SPRING LAKE, PLAINTIFF IN ERROR.

Submitted December 12, 1899—Decided March 5, 1900.

On error to the Supreme Court.

For the plaintiff in error, *Hawkins & Durand.*

For the defendant in error, *R. Ten Broeck & Wesley B.
Stout.*

PER CURIAM.

The judgment of the Supreme Court is affirmed, for the
reasons stated in the memorandum filed in that court.

*For affirmance* — THE CHIEF JUSTICE, DEPUE, VAN
SYCKEL, GARRISON, LIPPINCOTT, GUMMERE, BOGERT,
NIXON, HENDRICKSON, ADAMS, VREDENBURGH.    11.

*For reversal*—None.